RICHARD M. CALLAHAN, JR.
225 South Lake Avenue, Suite 300
Pasadena, CA  91101
Telephone: (626) 202-4060
Telecopier: (626) 794-4676
State Bar No. 100446
Email: *rmcallahanjr@gmail.com*

Attorney for Defendant
DAMON GLOVER

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No. CR 16-412(B)-FMO |
|            Plaintiff,    ) | **EX PARTE APPLICATION TO CONTINUE SENTENCING HEARINGS FOR DEFENDANTS GRIFFITH AND GLOVER** |
|       v.    ) | |
| DAVID JENSEN, *et al.*,    ) | |
|           Defendants.  ) | |
| _____) | |

     Defendants Jamen Griffith and Damon Glover, through counsel of record, hereby moves this Court *ex parte* for an order continuing the sentencing date for both defendants until April 6, 2023 at 9:00 a.m., or to a date and time convenient with the Court.

Dated:  February 10, 2023.

                            Respectfully submitted,

                            THE LAW OFFICES OF
                            RICHARD M. CALLAHAN, JR.

                            By: _____
                               RICHARD M. CALLAHAN, JR.
                               Attorney for Defendant
                               DAMON GLOVER

                            By: /s/ Anthony Eaglin (per authorization)
                               ANTHONY EAGLIN, ESQ.
                               Attorney for Defendant
                               JAMEN GRIFFITH

## DECLARATION OF RICHARD M. CALLAHAN, JR.

I, Richard M. Callahan, Jr., hereby state and declare:

1. I represent defendant Damon Glover [#7] in the case, and also present this declaration on behalf of defendant Jamen Griffith, through his counsel Anthony Eaglin, in the case of *United States v. Jensen, et al.*, CR 16-412(B)-FMO. Both Mr. Griffith and Mr. Glover have pleaded guilty in this matter, and sentencing is currently set for March 2, 2023 before this Court.

2. This morning, February 10, 2023, counsel for Mr. Griffith and Mr. Glover participated in a conference call with Assistant United States Attorney Richard Robinson, who is prosecuting this case, to discuss issues related to sentencing. As a result of this call, Mr. Eaglin and I both strongly believe additional time is necessary to resolve some of the outstanding sentencing issues, and then file papers with the Court. A five-week continuance of these two sentencing hearings, until April 6, 2023, is requested.

3. On February 10, 2023, Assistant United States Attorney Richard Robinson indicated he had no objection to a continuance of the Griffith and Glover sentencing hearings until April 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 10, 2023 in Los Angeles County, California.

By: _____
     RICHARD M. CALLAHAN, JR.

*UNITED STATES v. DAVID JENSEN et al.,*                     -2-                     CR 16-412(B)-FMO

EX PARTE APPLICATION TO CONTINUE SENTENCING HEARINGS FOR
DEFENDANTS GRIFFITH AND GLOVER