## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 16-00412-(B)-FMO-7** | | Date | **December 14, 2023** |
|---|---|---|---|---|

| Present: The Honorable | Fernando M. Olguin, U.S. District Judge |
|---|---|
| Interpreter | None |

| Vanessa Figueroa | Maria Bustillos | Richard E. Robinson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| DAMON SCOTT GLOVER | X | | X | Richard M. Callahan, Jr., CJA | X | X | |

**Proceeding     SENTENCING**

Court and counsel confer regarding the Revised Presentence Report, the Addendums to the Presentence Report, the parties' sentencing papers, and the sentencing guidelines.

It is the Judgment of the court that defendant is sentenced on Count One (1) of the Second Superseding Information to **twenty-four (24) months** of Probation, under the following terms and conditions:

1.    Defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and General Order 20-04.

2.    Defendant shall not commit any violation of local, state, or federal law or ordinance.

3.    During the period of community supervision, defendant shall pay the special assessment and fine in accordance with this judgment's orders pertaining to such payment.

4.    Defendant shall cooperate in the collection of a DNA sample.

5.    Defendant shall apply all monies received from income tax refunds to the outstanding Court-ordered financial obligation. In addition, defendant shall apply all monies received from lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation.

6.    Defendant shall not engage, as whole or partial owner, employee or otherwise, in any business involving medical marketing without the approval of the Probation Officer prior to engaging in such employment.  Further, defendant shall provide the Probation Officer with access to any and all business records, client lists, and other records pertaining to the operation of any business owned, in whole or in part, by defendant, as directed by the Probation Officer.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

7.  Defendant shall submit the defendant's person, property, house, residence, vehicle, papers, or other areas under the defendant's control, to a search conducted by a United States Probation Officer or law enforcement officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search pursuant to this condition will be conducted at a reasonable time and in a reasonable manner upon reasonable suspicion that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

8.  Defendant shall participate for a period of twelve (12) months and one (1) day in a home detention program which may include electronic monitoring, GPS, or an automated identification system, and defendant shall observe all rules of such program as directed by the probation officer. Defendant shall maintain a residential telephone line without devices or services that may interrupt operation of the monitoring equipment. During this period of home detention, defendant shall be restricted to his residence at all times except for: employment; education; all activities relating to the care or education of his children; religious services or gatherings; medical appointments and procedures, including medical treatment for himself and his family; attorney visits; court-ordered obligations; and all other activities pre-approved by Probation. Defendant's bond shall not be exonerated until the home detention condition of his Probation is completed, and upon notification of successful completion by the Probation Office.

The drug testing condition mandated by statute is not imposed based on the court's determination that defendant poses a low risk of future substance abuse.

Defendant shall pay to the United States a total fine of $74,586.90. Defendant shall make monthly payments towards the fine of at least 10% of defendant's gross monthly income, but not less than $1,000 per month, during the period of probation, to begin 30 days after the commencement of probation.

Defendant shall pay to the United States a special assessment of $100, which shall be due immediately.

Upon motion of the government, any underlying charging document in which defendant is named shall be dismissed.

The transcript of this proceeding is ordered sealed.

The court informs defendant of his right to appeal.

|  | 00 | : | 40 |
|---|---|---|---|
| Initials of Deputy Clerk | vdr | | |