## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 16-00412-(A)-FMO-1** | | Date | **January 18, 2024** |
|---|---|---|---|---|

| Present: The Honorable | Fernando M. Olguin, U.S. District Judge |
|---|---|
| Interpreter | None |

| Vanessa Figueroa | Maria Bustillos | Richard E. Robinson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| DAVID MICHAEL JENSEN | X | | X | Benjamin N. Gluck | X | | X |

**Proceeding    SENTENCING**

Court and counsel confer regarding the Revised Presentence Report, the Addendums to the Presentence Report, the parties' sentencing papers, and the sentencing guidelines.

It is the Judgment of the court that defendant is sentenced on Counts One (1) and Two (2) of the Amended First Superseding Information to custody of the Bureau of Prisons for a term of **time served**.

Upon release from imprisonment, defendant shall be placed on supervised release for a term of **three (3) years**.  This term consists of three (3) years on Count One (1) and one (1) year on Count Two (2) of the Amended First Superseding Information, all such terms to run concurrently under the following terms and conditions:

1.    Defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Amended General Order 20-04, including the conditions of probation and supervised release set forth in Section III of Amended General Order 20-04.

2.    Defendant shall not commit any violation of local, state, or federal law or ordinance.

3.    Defendant shall refrain from the use of alcohol and shall submit to breathalyzer testing, not to exceed eight (8) tests per month, to determine if defendant has consumed alcohol.

4.    During the period of community supervision, defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment.

5.    Defendant shall truthfully and timely file and pay taxes owed for the years of conviction, and shall truthfully and timely file and pay taxes during the period of community supervision. Further, defendant shall show proof to the Probation Officer of compliance with this order.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

6.    Defendant shall not engage, as whole or partial owner, employee or otherwise, in any business involving the medical marketing without the express approval of the Probation Officer prior to engaging in such employment. Further, the defendant shall provide the Probation Officer with access to any and all business records, client lists, and other records pertaining to the operation of any business owned, in whole or in part, by the defendant, as directed by the Probation Officer.

7.    Defendant shall not be employed in any position that requires licensing and/or certification by any local, state, or federal agency without the prior written approval of the Probation Officer.

8.    Defendant shall cooperate in the collection of a DNA sample

9.    Defendant shall apply all monies received from income tax refunds to the outstanding Court-ordered financial obligation. In addition, defendant shall apply all monies received from lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation.

10.    Defendant shall submit the defendant's person, property, house, residence, vehicle, papers, or other areas under the defendant's control, to a search conducted by a United States Probation Officer or law enforcement officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search pursuant to this condition will be conducted at a reasonable time and in a reasonable manner upon reasonable suspicion that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

11.    Defendant shall participate for a period of eighteen (18) months in a home detention program which may include electronic monitoring, GPS, an alcohol monitoring unit or an automated identification system, and defendant shall observe all rules of such program as directed by the Probation Officer.  During this period of home detention, defendant shall be restricted to his residence at all times except for:  employment; education; religious services or gatherings; medical appointments and procedures, including for family members; all activities relating to the care or education of his grandchildren; attorney visits; court-ordered obligations; or other activities pre-approved by Probation.  Defendant shall pay the costs of location monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation.  Defendant shall provide payment and proof of payment as directed by the Probation Officer.

Defendant shall pay restitution to the Internal Revenue Service in the total amount of $1,763,852. Defendant shall make monthly payments towards the restitution of at least 10% of defendant's gross monthly income, but not less than $1,000 per month, during the period of supervised release, to begin 30 days after the commencement of supervised release.  An immediate initial payment of $150,000 shall be made towards defendant's restitution obligation.  Interest on the restitution is waived because defendant does not have the ability to pay.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

      Defendant shall pay a fine in the amount of $40,000 to the United States. Defendant shall make monthly payments towards of at least 10% of his gross monthly income, but not less than $1,000 per month, during the period of supervised release, to begin 30 days after the commencement of supervised release. Additionally, defendant shall pay to the United States a special assessment of $200, which shall be due immediately.

      The court has entered a money judgment of forfeiture against the defendant, which shall be incorporated into the judgment and is final.

      Upon motion of the government, the underlying Indictment in which defendant is named shall be dismissed.

      Defendant's bond is ordered exonerated.

      The transcript of this proceeding is ordered sealed.

      The court informs defendant of his right to appeal.

|   1   | : |  17  |
|-------|---|------|

Initials of Deputy Clerk    vdr