# EXHIBIT H



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Victor A. Rodgers*
*Assistant United States Attorney*
*Asset Forfeiture and Recovery Section*
*Telephone: (213) 894-2569*
*E-mail: victor.rodgers@usdoj.gov*

*Federal Courthouse*
*312 N. Spring Street, 11ᵗʰ Floor*
*Los Angeles, California 90012*
*Fax: (213) 894-6269*

January 29, 2025

**BY CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
**AND REGULAR MAIL**

State of California, Department of Justice
Bureau of Medi-Cal Fraud and Elder Abuse
2329 Gateway Oaks Drive, Suite 200
Sacramento, California 95833

Re:    Notice of Administrative Petition for Remission Procedure and Third Party Claimant Procedure for Property Forfeited in <u>United States v. David Jensen, et al.,</u> Case No. 2:16-CR-00412-FMO

Dear Sir or Madam:

The United States District Court for the Central District of California has ordered that certain property belonging to the defendant David Jensen in the above criminal case be forfeited to the United States. The enclosed Notice of Forfeiture identifies the property subject to forfeiture as follows, and the corresponding Asset ID Numbers for each property are also reflected below **in bold**:

i)    approximately $8,488,673.61 in funds seized from a Bank of the West account with the last four digits ending in 6710 (**Asset ID No. 15-USP-002256**);

ii)    approximately $700,000.00 in funds seized from a Friendly Hills Bank account with the last four digits ending in 6648 (**Asset ID No. 15-USP-002303**);

iii)    approximately $500,000.00 in funds seized from a Bank of the West account with the last four digits ending in 3294 (**Asset ID No. 15-USP-002302**); and

iv)    approximately $271,121.45 in funds seized from a Friendly Hills Bank account with the last four digits ending in 6655 (**Asset ID No. 15-USP-002301**).

1

**41**

This letter is to inform you that you may submit a Petition for Remission or Mitigation of Forfeiture (the "Administrative Petition for Remission") to the Department of Justice with respect to the property described in the enclosed Notice of Forfeiture. The regulations governing Administrative Petitions for Remission are set out at Title 28, Code of Federal Regulations ("C.F.R."), section 9.1 *et seq.,* and the specific requirements for the Administrative Petition for Remission are set out at 28 C.F.R. § 9.4. In general, the Administrative Petition for Remission must include the following information in clear and concise terms: (1) your name, address and social security number (or taxpayer ID number, as appropriate); (2) the seizing agency, asset identifier number, and date and place of seizure, if known; (3) the district court case number (*see* above); (4) a detailed description of the property claimed, including the amount of any currency, the address or legal description of real property, and the make, model number and serial (or vehicle identification or hull) number of personal property, as appropriate; and (5) a description of your claimed interest in the property you are seeking to recover, supported by copies of bills of sale, contracts, mortgages, deeds, or other documentary evidence. In addition, you should describe all extenuating and mitigating circumstances and other reasons why you believe the Administrative Petition for Remission should be granted. The Administrative Petition for Remission must be sworn to by the petitioner or by the petitioner's attorney. If sworn by an attorney, the Administrative Petition for Remission must be accompanied by the petitioner's sworn notice of representation pursuant to 28 U.S.C. § 1746, and must be attested to by the attorney as set forth in 28 C.F.R. § 9.9(g). The Administrative Petition for Remission must be submitted to this office promptly.

The Administrative Petition for Remission, which is **not to be filed with the Court**, may be submitted either electronically or my mail. To submit the Administrative Petition for Remission electronically, please visit https://www.forfeiture.gov/FilingPetition.htm, which provides access to a standard Administrative Petition for Remission and a link that you can use to file your Administrative Petition for Remission online. If you choose to submit your Administrative Petition for Remission by mail, it should be addressed to the Attorney General of the United States, and the original, together with two copies, should be forwarded to the United States Attorney for the Central District of California and directed to the attention of the undersigned. In addition, if you choose to submit your Administrative Petition for Remission by mail, you must also submit a separate copy of the petition to the seizing agency in the district in which the seizure occurred,[1] except in cases involving seizures by the Drug Enforcement Administration (in which case a copy of the petition must be mailed to "Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, Headquarters Forfeiture Response," P.O. Box 1475, Quantico, VA 22134-1475) or the Bureau of Alcohol, Tobacco, Firearms and Explosives (in which case a copy of the petition must be mailed to "Special Agent in Charge, Asset Forfeiture and Seized Property Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives," 650 Massachusetts Avenue, NW., Washington, D.C. 20226).

---

[1] In this case, the seizing agency in the district in which the seizure occurred is the United States Postal Service. Accordingly, if you choose to submit your Administrative Petition for Remission by mail, the separate copy of the petition should be mailed to the United States Postal Inspection Service, Asset Forfeiture Unit/Attn: Karen Houser, P.O. Box 91100, Washington, DC 20090-1100.

2

Upon receipt of the Administrative Petition for Remission by this office (or the electronic submission of the Administrative Petition for Remission online), the Administrative Petition for Remission will be investigated and a decision to grant or deny the Administrative Petition for Remission will be made by the Chief of the Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice, without a hearing. Please note that the Administrative Petition for Remission process is entirely separate from the judicial action in which the United States District Court for the Central District of California has ordered that the property described in the enclosed Notice of Forfeiture be forfeited to the United States. There are no specific time limits for the granting or denial of an Administrative Petition for Remission. The filing of an Administrative Petition for Remission will not protect any rights that you may have with respect to the forfeiture of the property listed in the enclosed Notice of Forfeiture. If you wish to contest the forfeiture of the property listed in the enclosed Notice of Forfeiture, you must file a petition for a hearing to adjudicate the validity of any of the forfeited property in which you have a legal right, title or interest within the time limits set out below.

In addition to describing the property subject to forfeiture, the enclosed Notice of Forfeiture also sets forth the procedure for filing in Court a petition for a hearing to adjudicate the validity of any of the forfeited property in which you may have a legal right, title or interest. By receipt of this letter, you are being given actual notice of the forfeiture of the properties referred to in the Notice of Forfeiture and of your right to file in Court a petition as to them. Neither a defendant in the criminal case, nor defendant's agent, is entitled to file in Court a petition. This Notice is intended only to apprise you of your potential rights; service of this Notice in no way is intended to imply or suggest that the United States believes that you would have a valid claim to any of the forfeited property.

The procedure for filing a petition in Court is set forth more fully in Title 21, United States Code, Section 853(n). Under Section 853(n)(2) a person intending to file a petition in Court must do so in the above criminal case within thirty (30) days of his receipt of the Notice of Forfeiture by mail or within 30 days of the last publication of the Order of Forfeiture regarding this case on an official government internet website, whichever is earlier.

Your petition must be filed under the above case name and number in the United States District Court for the Central District of California with a copy to the undersigned attorney for the Government. The appropriate addresses appear in the enclosed Notice of Forfeiture. Pursuant to 21 U.S.C. § 853(n)(3), the petition must be signed by the petitioner under penalty of perjury and must identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the right, title or interest claimed for each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought that you may wish to submit. Pursuant to the Local Rules of the United States District Court for the Central District of California, you are further notified that this action is subject to the Electronic Case Filing System ("ECF"). If you wish to file a petition with the Court and are not already registered as an ECF User, please register online at http://www.pacer.gov/.

3

**43**

Enclosed for your reference is a copy of the January 24, 2025 letter sent by us to State of California, Department of Justice, Bureau of Medi-Cal Fraud and Elder Abuse, Attn: David Jett, Special Agent in Charge and Antonio Chaidez, Special Agent in Charge, 1050 Lakes Drive, Suite 440, West Covina, California 91790-2930.

Very truly yours,

JOSEPH T. MCNALLY
Acting United States Attorney

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney
Asset Forfeiture and Recovery Section

*Enclosures*

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
State of California, Department of Justice
Bureau of Medi-Cal Fraud and Elder Abuse

*Street and Apt. No., or PO Box*
2329 Gateway Oaks Drive, Suite 200

*City, State, ZIP+4®*
Sacramento, California 95833

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

4

**44**

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKING UPDAT…**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U.S. MAY DE…**

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 70180040000081817494

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:51 am on January 31, 2025 in SACRAMENTO, CA 95833.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SACRAMENTO, CA 95833
January 31, 2025, 9:51 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

45