# EXHIBIT I



Inspector General

**DEFENSE HEALTH AGENCY**
7700 ARLINGTON BOULEVARD, SUITE 5101
FALLS CHURCH, VIRGINIA 22042-5101

HCFR                                                              12 March 2025

TO: United States District Court
Central District of California
300 North Los Angeles Street
Suite 7516
Los Angeles, CA 90012

PETITIONER: Defense Health Agency (TRICARE)

RE: Filing of Petition in Third-Party Ancillary Proceeding for Adjudication of Legal Interest - *United States v. David Jensen, et al.,* No. 2:16-CR_00412-FMO

    The Defense Health Agency, Office of Inspector General, Health Care Fraud Resolution, submitted a petition on behalf of the Defense Health Agency (DHA), for remission regarding the Administratively Seized Properties belonging to David Jensen under Title 21 U.S.C. §853(a) and Federal Rule of Criminal Procedure 32.2(b). Defense Health Agency (TRICARE) would like to withdraw the letter dated 26 February 2025 and filed on 5 March 2025.

Sincerely,

KELLER.VANESSA.
MARIE.1545372793
Digitally signed by
KELLER.VANESSA.MARIE.1545
372793
Date: 2025.03.12 15:10:36 -06'00'

Vanessa Keller, AIG
Health Care Fraud Specialist
Health Care Fraud Resolution

Cc:
U.S. Attorney's Office
Attn: Asset Recovery Unit

CONTROLLED UNCLASSIFIED INFORMATION (CUI)/LAW ENFORCEMENT SENSITIVE (LES)
This document is the property of the Department of Defense, Defense Health Agency Office of the Inspector General, Health Care Fraud Resolution (HCFR). Distribution outside DoD and the intended receiving agency without prior authorization of HCFR is not authorized. Protected Health Information (PHI), Personally Identifiable Information (PII), or Law Enforcement Sensitive (LES) information may be included. Law enforcement sensitive information may be withheld from the public, as disclosure could cause foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, 5 USC Section 552.

**DEFENSE HEALTH AGENCY**
**16401 E CENTRETECH PKWY**
**AURORA, CO 80011-9066** Attn PI

**OFFICIAL BUSINESS**

DENVER CO 802

14 MAR 2025PM 4 L

ZIP 80011 $ 000.69⁰
02 4W
000366452 MAR. 14. 2025

#Asset
forf.

RECEIVED

MAR 18 2025

U.S. Attorney's Office
Civil Dockets

United States District Court
CD of California
300 North Los Angeles Street
Suite 7516
Los Angeles. CA 90012

90012-334191

47